UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Hon. Thomas J. Tucker
Madison, Kelvin & Lori                                    Chapter 7

      Debtor                                        10-42212-T
_____/

### STIPULATION RESOLVING TRUSTEE'S OBJECTION TO EXEMPTIONS

The undersigned hereby stipulate to the entry of the attached order.


Agreed:


| /s/ DAVID I. GOLDSTEIN | /s/ DOUGLAS S. ELLMANN |
| --- | --- |
| David I. Goldstein (P14130) | Douglas S. Ellmann (P34617) |
| Attorney for debtor | Attorney for Plaintiff |
| 2010 Hogback Road Ste 2 | 308 W. Huron |
| Ann Arbor, MI 48105 | Ann Arbor, MI 48103 |
| 517-841-1410 | 734-668-4800 |
| dstinger@aol.com | dse@ellmannlaw.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Hon. Thomas J. Tucker
Madison, Kelvin & Lori  Chapter 7

    Debtor  10-42212-T
_____/

ORDER RESOLVING TRUSTEE'S OBJECTION TO EXEMPTIONS

This matter having come on to be heard upon the Stipulation of the relevant parties, and the Court being fully advised,

IT IS HEREBY ORDERED AND ADJUDGED that: the debtor will pay the estate $8,000 by paying $1,250 per month for six months beginning April 2010, and $500 during the month of October 2010. Should the debtor fail to make a payment upon the Trustee's certification that the Order has not been complied with, the Court will revoke the debtors' discharge.